# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

CHAD A. BROWNE,

Appellant,

v.

RICKY D. DIXON, Secretary Florida State Department of Corrections, and STATE OF FLORIDA,

Appellees.

No. 2D2026-0953

————————————————

July 24, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Shawn Crane, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.